MCGREGOR W. SCOTT
United States Attorney
TODD A. PICKLES
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2766
Facsimile: (916) 448-2900
Email:  todd.pickles@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT V. ANDERSON, and TRUDY M. ANDERSON<br><br>Plaintiffs,<br><br>v.<br><br>TRANSMISSION AGENCY OF NORTHERN CALIFORNIA, WESTERN AREA POWER ADMINISTRATION, et al.,<br><br>Defendants. | CASE NO.  2:08-CV-01785-GEB-KJM<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT; AND [PROPOSED] ORDER**<br><br>**[E.D.C.A. L.R. 6-144]** |

Pursuant to Rule 6-144 of the United States District Court for the Eastern District of California, the United States of America, on behalf of Defendant the Western Area Power Administration, and Plaintiffs Robert and Trudy Anderson, through their respective counsel, hereby enter into and submit the following stipulation.

**RECITALS**

1. On July 1, 2008, Plaintiffs served a summons and amendment to complaint naming Western Area Power Administration, a federal agency, as a defendant in a matter pending in Shasta County Superior Court;

2. On August 1, 2008, the matter was removed to this Court; and

3. The United States of America, as proper party defendant to Plaintiffs' claims under the Federal Tort Claims Act, as well as on behalf of Western Area Power Administration, as defendant on

1

any remaining claims properly pled against that agency, needs additional time to respond to Plaintiffs' Complaint.

## **STIPULATION**

Accordingly, based upon the foregoing, the parties hereby STIPULATE that the United States of America, as proper defendant and on behalf of the Western Area Power Administration, shall have sixty (60) days to respond to Plaintiffs' Complaint.

IT IS SO STIPULATED.

DATED: August 6, 2008                                          McGREGOR W. SCOTT
                                                                                    United States Attorney


                                                                          By:    */s/ Todd A. Pickles*    .
                                                                                    TODD A. PICKLES
                                                                                    Assistant United States Attorney

                                                                          Attorneys for the United States of America

DATED: August 6, 2008                                          GRECO TRAFICANTE SCHULZ & BRICK


                                                                          By:    */s/ Peter J. Schulz*    .
                                                                                    PETER J. SCHULZ

                                                                          Attorneys for Plaintiffs

**[PROPOSED] ORDER**

Having read and considered the parties' Stipulation For Extension Of Time To Respond To Plaintiffs' Complaint, and for good cause showing, IT IS HEREBY ORDERED THAT the United States of America, as proper defendant on any claims under the Federal Tort Claims Act, and on behalf of the Western Area Power Administration on any remaining claims properly pled against that agency, shall have sixty (60) days to respond to Plaintiffs' Complaint from the date of this Order.

IT IS SO ORDERED.

Date: 8/8/08

Garland E. Burrell, Jr.
United States District Judge