LAWRENCE G. BROWN
Acting United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2766
Facsimile: (916) 554-2900
Email: todd.pickles@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT V. ANDERSON, and TRUDY M. ANDERSON,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSMISSION AGENCY OF NORTHERN CALIFORNIA, and UNITED STATES OF AMERICA,<br><br>Defendants. | CASE NO. 2:08-CV-01785-GEB-KJM<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS AND ALL DEFENDANTS**<br><br>[**EDCA L.R. 16-160(a)**] |

**TO THE HONORABLE GARLAND E. BURRELL, JR.:**

Pursuant to Rule 16-160(a) of this Court, the Court hereby is advised that Plaintiffs Robert and Trudy Anderson and Defendants Transmission Agency of Northern California and the United States of America, on behalf of the Western Area Power Administration, have reached a settlement in the above-captioned suit. The United States respectfully requests that sixty (60) days be provided for the filing of the dispositional documents, which will be filed with the Court in due course.

Respectfully submitted,

DATED: January 5, 2009           LAWRENCE G. BROWN
                                  Acting United States Attorney

                         By:     */s/ Todd A. Pickles*
                                 TODD A. PICKLES
                                 Assistant United States Attorney

1