```
                IN THE UNITED STATES DISTRICT COURT

              FOR THE EASTERN DISTRICT OF CALIFORNIA


ROBERT V. ANDERSON, and          )   2:08-cv-01785-GEB-KJM
TRUDY M. ANDERSON,               )
                                 )
          Plaintiffs,            )
                                 )
     v.                          )   ORDER RE: SETTLEMENT
                                 )   AND DISPOSITION
TRANSMISSION AGENCY OF NORTHERN  )
CALIFORNIA; and UNITED STATES OF )
AMERICA,                         )
                                 )
          Defendants.            )
                                 )
```

On January 5, 2009, the United States filed a Notice of Settlement in which it states all parties "have reached a settlement in the above-captioned suit." The United States requests "that sixty (60) days be provided for the filing of dispositional documents . . . " The request is granted. Therefore, a dispositional document shall be filed no later than March 6, 2009. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A

1

failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

Dated: January 8, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge