LAWRENCE G. BROWN
Acting United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2766
Facsimile:  (916) 554-2900
Email:  todd.pickles@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT V. ANDERSON, and TRUDY M. ANDERSON,<br><br>            Plaintiffs,<br><br>v.<br><br>TRANSMISSION AGENCY OF NORTHERN CALIFORNIA, and WESTERN AREA POWER ADMINISTRATION,<br><br>            Defendants. | CASE NO. 2:08-CV-01785-GEB-KJM<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to the terms of a written compromise settlement and release of claims under 28 U.S.C. § 2677, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and Local Rule 16-160 of the U.S. District Court for the Eastern District of California, the parties hereby stipulate that the above-captioned action by Plaintiffs Robert and Trudy Anderson against Defendant the United States of America, on behalf of the Western Area Power Administration, and the Transmission Agency of Northern California, shall be dismissed <u>with prejudice</u>, and that each party shall bear their own costs and fees.

        IT IS SO STIPULATED.

STIPULATION OF DISMISSAL                    1
WITH PREJUDICE

| | | |
|---|---|---|
| Dated: February 12, 2009 | | LAWRENCE G. BROWN<br>Acting United States Attorney |
| | By: | */s/ Todd A. Pickles*<br>TODD A. PICKLES<br>Assistant United States Attorney |
| | | Attorneys for Defendant the United States of America |
| Dated:  February 12, 2009 | | DENNIS W. DE CUIR<br>A Law Corporation |
| | By: | */s/ Dennis W. DeCuir*<br>DENNIS W. DE CUIR |
| | | Attorneys For Defendant Transmission Agency of Northern California |
| Dated:  February 12, 2009 | | GRECO TRAFFICANTE SCHULZ & BRICK |
| | By: | */s/ Peter J. Schulz*<br>PETER J. SCHULZ |
| | | Attorneys for Plaintiffs |

STIPULATION OF DISMISSAL
WITH PREJUDICE

2